UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON OMARI VINCENT,<br>Plaintiff.<br>v.<br>JONATHAN REYES, et al.,<br>Defendants. | Case No. 19-cv-00329-RMI (TSH)<br><br>**ORDER FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Re: Dkt. No. 33 |

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of CAMERON VINCENT, Prisoner No. S594518, presently in the custody of the San Francisco County Sheriff's Department and detained at County Jail #5 Facility, in San Bruno, California, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: January 7, 2020

THOMAS S. HIXSON
United States Magistrate Judge

THE UNITED STATES DISTRICT COURT

TO: Warden, County Jail #5, San Bruno, California

GREETINGS

WE COMMAND that you have and produce the body of Cameron Vincent, Prisoner No. S594518, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom A of the Federal Courthouse at 450 Golden Gate Avenue in San

1 | Francisco at 9:30 a.m. on January 15, 2020, in order that said prisoner may then and there
2 | participate in the SETTLEMENT CONFERENCE in the matter of Vincent v. Reyes, et al, and at
3 | the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or
4 | abide by such order of the above-entitled Court as shall thereafter be made concerning the custody
5 | of said prisoner, and further to produce said prisoner at all times necessary until the termination of
6 | the proceedings for which his testimony is required in this Court;

Witness the Honorable Thomas S. Hixson, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 7, 2020

SUSAN Y. SONG
CLERK, UNITED STATES DISTRICT COURT
By: Chris Nathan
Administrative Law Clerk

Dated: January 7, 2020



IT IS SO ORDERED

Judge Thomas S. Hixson