UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CAMERON OMARI VINCENT,

    Plaintiff,

v.

JONATHAN REYES, et al.,

    Defendants.

Case No. 19-cv-00329-RMI

**ORDER TO SHOW CAUSE**

On December 14, 2021, the court held a Further Case Management Conference at which Plaintiff's counsel, Stanley C. Goff, Jr., failed to appear despite the court's order (dkt. 82). Thus, ***on or before December 28, 2021***, Plaintiff's counsel must show cause why he should not be sanctioned for failure to appear.

**IT IS SO ORDERED.**

Dated: December 14, 2021

ROBERT M. ILLMAN
United States Magistrate Judge