UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CAMERON OMARI VINCENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN REYES, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-00329-RMI<br><br>**ORDER OF CONDITIONAL DISMISSAL PURSUANT TO NOTICE OF SETTLEMENT** |

The Parties, through counsel, have advised the court that they have agreed to a settlement. It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

However, that if any Party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within sixty (60) days from the date of this Order, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: September 9, 2022

_____
ROBERT M. ILLMAN
United States Magistrate Judge